UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HENSON, JR., | No. 2:22-cv-0712 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| GISELLE MATTERSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2022, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to that any objections to the findings and recommendations were to be filed within fourteen days. No objections have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 7, 2022, are adopted in full;
2. Petitioner's motion for a stay (ECF No. 15) is granted;
3. This matter is stayed; and
4. The Clerk of the Court is directed to administratively close this case.

DATED: December 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE